No. 12–6076. HUGHES v. CHEVRON PHILLIPS CHEMICAL CO. LP ET AL., *ante*, p. 1114. Petition for rehearing denied. JUS-

TICE ALITO took no part in the consideration or decision of this petition.